```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

        -v.-                      :    07 Cr. 742

GERALD ALAN HARRIS,
   a/k/a "Alan Harris,"
   a/k/a "Alanalpharetta@aol.com," :

                Defendant.         :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 0 2007

## COUNT ONE

The Grand Jury charges:

1.  From in or about June 22, 2007, up to and including on or about July 12, 2007, in the Southern District of New York and elsewhere, GERALD ALAN HARRIS, a/k/a "Alan Harris," a/k/a "Alanalpharetta@aol.com," the defendant, unlawfully, willfully, and knowingly, did mail, transport, and ship in interstate commerce by any means, including by computer, child pornography, to wit, while in Georgia, HARRIS sent images of child pornography via the Internet to an individual in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

## COUNT TWO

The Grand Jury further charges:

2.  On or about June 25, 2007, in the Southern District of New York and elsewhere, GERALD ALAN HARRIS, a/k/a "Alan Harris," a/k/a "Alanalpharetta@aol.com," the defendant, unlawfully, willfully, and knowingly, using a facility and means

of interstate commerce, did transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, and did attempt so to do, to wit, HARRIS transmitted child pornography via the Internet from a computer in Georgia to an individual in the Bronx, New York that he believed to be 12 years of age.

(Title 18, United States Code, Section 1470.)

## COUNT THREE

The Grand Jury further charges:

3. From on or about June 22, 2007, up to and including on or about July 12, 2007, in the Southern District of New York and elsewhere, GERALD ALAN HARRIS, a/k/a "Alan Harris," a/k/a "Alanalpharetta@aol.com," the defendant, unlawfully, willfully, and knowingly, and using a facility and means of interstate commerce, did persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and did attempt so to do, to wit, HARRIS used a computer and the Internet to attempt to entice, induce, coerce, and persuade a minor to engage in sexual activity in violation of New York State laws.

(Title 18, United States Code, Section 2422(b).)

2

COUNT FOUR

The Grand Jury further charges:

4. On or about July 13, 2007, GERALD ALAN HARRIS, a/k/a "Alan Harris," a/k/a "Alanalpharetta@aol.com," the defendant, unlawfully, willfully, and knowingly did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, to wit, HARRIS traveled from Georgia to the Bronx, New York, for the purpose of engaging in sexual acts with an individual whom he believed to be 12 years of age, and at least 4 years younger than himself.

(Title 18, United States Code, Section 2423(b).)

_/s/ Katherine N. Brooks_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

GERALD ALAN HARRIS,
a/k/a "Alan Harris,"
a/k/a "Alanalpharetta@aol.com,"

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 2252A(a)(1),
18 U.S.C. § 1470,
18 U.S.C. § 2422(b),
18 U.S.C. § 2423(b) .)


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Katherine U. Brooks*
Foreperson.

---

08/10/07 Indictment Filed. Case assigned to J. Fox, J.