# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director



RECEIVED NOV 2 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

Southern District of New York
John J. Byrnes
Attorney-in-Charge

November 2, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: **United States v. Gerald Harris**
    07 Cr. 742 (SHS)

Your Honor:

I am requesting that the status conference in the above matter, scheduled for November 5, 2007 at 10 a.m., be adjourned. I am requesting this adjournment because I will be on trial before the Hon. Denny Chin in United States v. Melody Woods, 07 Cr. 507 (DC).

At the suggestion of your courtroom deputy, I am requesting that the matter be adjourned until November 13, 2007 at 11:30 a.m. The parties in the above case are actively engaged in plea negotiations. Accordingly, Mr. Harris consents to an exclusion of time under the Speedy Trial Act. Thank you for your consideration of this request.

[Handwritten: The time is extended to 11/13/07. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial pursuant to 18 USC 3161(h)(8)(B). The conference is adjourned to 11/13/07 at 11:30 a.m.]

Respectfully submitted,

Mark B. Gombiner, Esq.

cc: A.U.S.A. Christian Everdell

SO ORDERED 11/2/07

SIDNEY H. STEIN
U.S.D.J.

TOTAL P.002