# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

RECEIVED
NOV 2 6 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

November 26, 2007

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New Y0rk 10007

Re: **United States v. Gerald Harris**
    **07 Cr. 742 (SHS)**

Your Honor:

    Mr. Harris intends to enter into a plea agreement and enter a plea of guilty to an Information with respect to the above-captioned matter. We are awaiting a date from the Court for the entry of this plea. Accordingly, the parties jointly request that the time for filing in limine motions is extended ~~for one week in anticipation of the expected plea.~~ to 11/30/07

*Plea to be taken Nov 29 at 2:30 p.m.*

Respectfully submitted,

Mark B. Gombiner
Attorney for Gerald Harris

cc: A.U.S.A. Christian Everdell

SO ORDERED 11/27/07

SIDNEY H. STEIN
U.S.D.J.