UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :    S1 07 Cr. 742 (SHS)

    v.                                 :

GERALD ALAN HARRIS,                  :
   a/k/a "Alan Harris,"
   a/k/a "alanalpharetta@aol.com,"   :

              Defendant.           :

- - - - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(1), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
GERALD ALAN HARRIS
Defendant

_____
Witness

_____
MARK B. GOMBINER, ESQ.
Counsel for Defendant

Date:   New York, New York
       November 29, 2007

0202

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: NOV 29 2007]

Court Ex 1
11/29/07