UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOTICE OF INTENT TO FILE AN INFORMATION |
| v. | : | |
| GERALD ALAN HARRIS, a/k/a "Alan Harris," a/k/a "alanalpharetta@aol.com," | : | S1 07 Cr. 742 (SHS) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         November 29, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                          By:       _____
                                    CHRISTIAN R. EVERDELL
                                    Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
MARK B. GOMBINER, ESQ.
Attorney for Gerald Alan Harris