```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    INFORMATION

            -v.-                      :    S1 07 Cr. 742 (SHS)

GERALD ALAN HARRIS,                   :
   a/k/a "Alan Harris,"
   a/k/a "Alanalpharetta@aol.com,"    :

            Defendant.                :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## COUNT ONE

The United States Attorney charges:

1.  On or about June 25, 2007, in the Southern District of New York and elsewhere, GERALD ALAN HARRIS, a/k/a "Alan Harris," a/k/a "Alanalpharetta@aol.com," the defendant, unlawfully, willfully, and knowingly, did mail, transport, and ship in interstate commerce by any means, including by computer, child pornography, to wit, HARRIS sent images of child pornography from outside of New York, via the Internet, to an individual in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

## COUNT TWO

The United States Attorney further charges:

2.  On or about July 6, 2007, in the Southern District of New York and elsewhere, GERALD ALAN HARRIS, a/k/a "Alan Harris," a/k/a "Alanalpharetta@aol.com," the defendant, unlawfully, willfully, and knowingly, did mail, transport, and ship in interstate commerce by any means, including by computer,

child pornography, to wit, HARRIS sent images of child pornography from outside of New York, via the Internet, to an individual in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**GERALD ALAN HARRIS,
a/k/a "Alan Harris,"
a/k/a "Alanalpharetta@aol.com,"**

**Defendant.**

**INFORMATION**

S1 07 Cr. 742 (SHS)

(18 U.S.C. § 2252A(a)(1).)

MICHAEL J. GARCIA
United States Attorney.