

P51850

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

## MEMORANDUM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

**TO:** HONORABLE SIDNEY H. STEIN
U.S. DISTRICT JUDGE

**FROM:** EMILY FRANKELIS
SENIOR U.S. PROBATION OFFICER

**RE:** GERALD ALAN HARRIS
07 CR 742(SHS)

**DATE:** DECEMBER 20, 2007

On November 29, 2007, the above-referenced defendant pled guilty to Transporting Child Pornography. He is scheduled to be sentenced on February 29, 2008.

Because the defendant was convicted of a sex offense, we are requesting that he be ordered to undergo a psychosexual evaluation. The evaluation would be used in determining the treatment needs of the defendant and in assessing whether he is a risk to the community. In addition, we believe that a psychosexual evaluation would prove beneficial to Your Honor in fashioning an appropriate sentence.

Accordingly, we respectfully request that Your Honor order that a psychosexual evaluation be performed by Kenneth Lau, LCSW. We note that this evaluation is authorized pursuant to 18 USC 3552(c) and payment for it is provided under 18 USC 3672.

We discussed this request with the Government and defense counsel and neither party objects to the evaluation.

HARRIS, GERALD ALAN                                          P51850

It is requested that Your Honor indicate the Court's decision as provided below.

Psychosexual evaluation ordered ___X_____

Psychosexual evaluation not ordered _____

Other _____

_12/20/07_____                    _____
   Date                            Honorable Sidney H. Stein
                                   U.S. District Judge


cc:   Christian Everdell, AUSA
      Mark Gombiner, Esq.