# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*



RECEIVED JAN 2 4 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

January 24, 2008

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New Y0rk 10007

Re: **United States v. Gerald Harris**
   07 Cr. 742 (SHS)

Your Honor:

    Because of the need to complete a psycho-sexual evaluation of Mr. Harris, as requested by the Probation Office and ordered by the Court, Mr. Harris' sentencing date has been adjourned until April 4, 2008. In light of this adjournment, I am requesting, with the government's consent, that the Fatico hearing scheduled for Mr. Harris also be adjourned until approximately three weeks before the new sentencing date. Such an adjournment would be consistent with the previous schedule and would ensure that the parties could utilize the psycho-sexual evaluation in connection with the hearing.

    I would similarly request that the time for submissions by the parties also be extended in accord with the requested new date for the Fatico hearing

Respectfully submitted,

Mark B. Gombiner
Attorney for Gerald Harris

*[Handwritten: The Fatico hearing is adjourned to 3/17/08, at 2:30 p.m. Def's brief due by 3/3/08, gov'ts response due 3/10/08.*

*SO ORDERED 2/4/08*

*[signature]*
SIDNEY H. STEIN
U.S.D.J.]

cc: A.U.S.A. Christian Everdell