```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
ORIGINAL
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :

          -v-                          :

**GERALD ALAN HARRIS**                  :

                                                                    :

          Defendant.
------------------------------------X

**ORDER**

**07 CR 742 (SHS)**

Upon the request of the defendant, Gerlad Alan Harris, by his counsel, Mark B. Gombiner, Esq. at the Federal Defenders of New York, and with good cause it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Detention Center) and the United States Marshal Service accept the following clothing for Mr. Harris, Register Number 90036-054, to wear for his appearance at a <u>Fatico</u> hearing on Monday, March 17, 2008:

1. one pair of black slacks;
2. one light blue button-up dress shirt;
3. one pair of black dress socks;
4. one black suit jacket;
5. one multi-colored, patterned tie;
6. one pair of cordovan dress shoes;
7. one leather belt.

Dated: New York, New York
       March 7, 2008

SO ORDERED:

_____
**HONORABLE SIDNEY H. STEIN**
UNITED STATES DISTRICT JUDGE