

Received:                        Mar 20 2008 01:00pm

**U.S. Department of Justice**

RECEIVED

MAR 2 0 2008

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

March 20, 2008

**BY FACSIMILE**                              **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Gerald Alan Harris,**
      **S1 07 Cr. 742 (SHS)**

Dear Judge Stein:

        The defendant in the above-captioned matter is currently scheduled to be
sentenced on May 1, 2008, at 4:00 p.m.  Pursuant to the Court's request at the conclusion of the
<u>Fatico</u> hearing on March 19, 2007, the parties have agreed to the following schedule for
sentencing submissions to the Court:

        Defendant's submission due on April 18, 2008.
        Government's response due on April 25, 2008.

        The parties will include in their submissions any arguments relating to the
testimony at the <u>Fatico</u> hearing and the disputed Guidelines enhancements.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                        By:

                                        Christian R. Everdell
                                        Assistant United States Attorney
                                        (212) 637-2556                   SO ORDERED 3/24/08

cc:    Mark Gombiner, Esq. (by fax)

                                                SIDNEY H. STEIN
                                                  U.S.D.J.

                                                        TOTAL P.02